## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON, DIVISION

| | | |
|---|---|---|
| **FIVE OAKS ACHIEVEMENT CENTER, LLC** | § § § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 4:15-cv-00426** |
| **VS.** | § | |
| | § | |
| **RANDALL BRYANT, PRAIRIE HARBOR, LLC, BDP GROUP, LLC, JASON PEELER, RICHARD DUBROC, MELANIE GRAYBILL, & CHERYL LUERA,** | § § § § § § | **JURY** |
| Defendants. | § | |

### SO ORDERED STIPULATION PURSUANT TO RULE 29(b)

COME NOW Five Oaks Achievement Center, LLC ("Plaintiff") and Randall Bryant, Prairie Harbor, LLC, BDP Group, LLC, Jason Peeler, Richard Dubroc, Melanie Grabill and Cheryl Luera ("Defendants)  and, pursuant to Fed.R.Civ.P., Rule 29 (b), the parties do hereby stipulate and agree as follows:

1.      Pursuant to the Court's Docket Control Order entered July 10, 2015 (Document #13), the original deadline for completion of fact discovery in this matter was November 1, 2015.

2.      Previously, the parties requested and the Court granted a request to extend the discovery deadline until December 31, 2015.  The Court entered the order on October 23, 2015.

3.      Since that time the parties have been actively pursuing discovery matters. Because of the volume of discovery, the complexity of discovery issues due to overlapping requests and responses in the removed state court case and scheduling issues, the parties have been unable to complete discovery by the deadline.

4.      The Parties have therefore agreed, contingent upon approval by the Court, to extend the fact discovery deadline to February 29, 2016.  The parties do not seek to modify any

other deadline established by the Docket Control Order.  The Parties agree that extension of the

deadline for completion of fact discovery, if granted, will not be cited as grounds for seeking a

continuance or extension of other deadlines contained in the Docket Control Order.


Respectfully submitted,


\s\Gordon G. Waggett_____
Gordon G. Waggett
Attorney-in-Charge
Texas Bar No. 20651700
Southern District of Texas Bar No. 3214
ADAIR & MYERS, PLLC
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
Telephone:  (713) 522-2270
Facsimile:  (713) 522-3322
ggw@am-law.com

ATTORNEY FOR PLAINTIFF
FIVE OAKS ACHIEVEMENT
CENTER, LLC

\s\Leland M. Irwin_____
Leland M. Irwin
Texas Bar No. 00790945
Federal Id. No. 27158
210 Morton Street
Richmond, Texas 77469
(832) 847-4111
Facsimile (832) 847-4177
Email: leland@irwin-lawfirm.com


ATTORNEY FOR DEFENDANTS
RANDALL BRYANT, PRAIRIE HARBOR,
LLC, BDP GROUP, LLC, JASON PEELER,
RICHARD DUBROC, MELANIE GRABILL
AND CHERYL LUERA


IT IS SO ORDERED _____ _____ _____.
                           (DATE)


_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

2